# Third District Court of Appeal

## State of Florida

Opinion filed December 31, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1253
Lower Tribunal Nos. 1143538315, 13240017521FC
_____

**Trevorn Swann,**
Appellant,

vs.

**State of Florida Department of Revenue, Child Support Program, et al.,**
Appellees.

An Appeal from the State of Florida, Department of Revenue, Child Support Program.

Trevorn Swann, in proper person.

James Uthmeier, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General (Tallahassee), for appellee Florida Department of Revenue.

Before FERNANDEZ, LOGUE and BOKOR, JJ.

PER CURIAM.

Affirmed.